Amy M. Samberg
Nevada Bar No. 10212
Joshua D. Cools
Nevada Bar No. 11941
Catherine M. O'Mara
Nevada Bar No. 12462
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone (702) 784-5200
Facsimile (702) 784-5252
Email: asamberg@swlaw.com
Email: jcools@swlaw.com
Email: comara@swlaw.com

Attorneys for Defendant
COLORADO CASUALTY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

LORI FOX,

      Plaintiff,

vs.

COLORADO CASUALTY INSURANCE
COMPANY; DOES I though X, inclusive; and
ROE 1 through X, inclusive;

      Defendants.

Case No. 2:12-cv-01591-RCJ-CWH

**ORDER TO
STAY DEADLINES FOR
CONDUCTING THE RULE 26(f)
CONFERENCE AND FILING
DISCOVERY PLAN AND
SCHEDULING ORDER**

In light of the pending Motion for Remand (Doc. 9) filed by Plaintiff Lori Fox, the parties hereby stipulate to stay the deadlines for conducting the Rule 26(f) conference and filing the discovery plan and scheduling order, pursuant to LR 26-1, until resolution of that motion.

IT IS HEREBY ORDERED that the deadlines for conducting the Rule 26(f) conference and filing the discovery plan and scheduling order is STAYED until March 29, 2013.

IT IS SO ORDERED dated this 14th day of November, 2012.

ROBERT C. JONES
Chief Judge

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200