Amy M. Samberg
Nevada Bar No. 10212
Joshua D. Cools
Nevada Bar No. 11941
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone (702) 784-5200
Facsimile (702) 784-5252
Email: asamberg@swlaw.com
Email: jcools@swlaw.com

Attorneys for Defendant
Colorado Casualty Insurance Company

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LORI FOX,<br><br>    Plaintiff,<br><br>vs.<br><br>COLORADO CASUALTY INSURANCE COMPANY; DOES I though X, inclusive; and ROE 1 through X, inclusive;<br><br>    Defendants. | Case No. 2:12-cv-01591-RCJ-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Lori Fox and Defendant Colorado Casualty Insurance Company, through their respective counsel of record,

///
///
///
///
///
///
///
///
///

that the above matter be dismissed with prejudice in its entirety with each party to bear their own costs and attorneys' fees.

DATED this 21st day of November, 2013.          DATED this  21st  day of November, 2013.

SNELL & WILMER L.L.P.                                              VANNAH & VANNAH

By: _____          By: /s/ Tamara V. Lile_____
Amy M. Samberg                                                  Tamara V. Lile
Nevada Bar No. 10212                                          Nevada Bar No. 10661
Joshua D. Cools                                                    Robert D. Vannah
Nevada Bar No. 11941                                          Nevada Bar No. 2503
3883 Howard Hughes Pkwy., Ste. 1100          400 South Fourth Street, Sixth Floor
Las Vegas, NV 89169                                            Las Vegas, NV 89101

Attorneys for Defendant                                     Attorneys for Plaintiff
Colorado Casualty Insurance Company       Lori Fox

**ORDER**

IT IS SO ORDERED.

Dated this 26th day of November, 2013.

_____
UNITED STATES DISTRICT JUDGE

Prepared and Submitted by:
SNELL & WILMER L.L.P.

_____
Amy M. Samberg
Nevada Bar No. 10212
Joshua D. Cools
Nevada Bar No. 11941
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

Attorneys for Defendant
Colorado Casualty Insurance Company